```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00320
   DEYAN K WILSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5906

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/08/2008 and was confirmed 03/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.46%.

      The case was converted to chapter 7 after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
OSI COLLECTIONS                UNSECURED           418.00          .00             .00
PEOPLES GAS LIGHT & COKE       UNSECURED          3890.45          .00             .00
DEVON FINANCIAL SERVICE        UNSECURED           140.50          .00             .00
COMMONWEALTH EDISON            UNSECURED          2202.47          .00             .00
ASSET ACCEPTANCE LLC           UNSECURED           220.24          .00             .00
ASSET ACCEPTANCE LLC           UNSECURED           249.59          .00             .00
ASSET ACCEPTANCE LLC           UNSECURED           926.81          .00             .00
E R SOLUTIONS INC              UNSECURED           762.88          .00             .00
JEFFERSON CAPITAL SYSTEM       UNSECURED           771.42          .00             .00
SPRINT-NEXTEL CORP             UNSECURED           717.77          .00             .00
ARMCO                          UNSECURED        NOT FILED          .00             .00
ARROW FINANCIAL SERVICES       UNSECURED        NOT FILED          .00             .00
ASPEN MASTER CARD              UNSECURED        NOT FILED          .00             .00
IC SYSTEM                      UNSECURED           403.80          .00             .00
BALLYS TOTAL FITNESS           NOTICE ONLY      NOT FILED          .00             .00
BALLY TOTAL FITNESS            NOTICE ONLY      NOT FILED          .00             .00
BALLY TOTAL FITNESS            NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO PARKING        UNSECURED          3340.50          .00             .00
CITY OF CHICAGO DEPT OF        NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO PARKING        UNSECURED        NOT FILED          .00             .00
ILLINOIS DEPT OF REVENUE       UNSECURED          1188.37          .00             .00
CONCORD WEST MEDICAL CEN       UNSECURED        NOT FILED          .00             .00
CONCORD MEDICAL CENTER         NOTICE ONLY      NOT FILED          .00             .00
DRIVE FINANCIAL                UNSECURED        NOT FILED          .00             .00
ED NAPOLETON DODGE             UNSECURED        NOT FILED          .00             .00
ENTERPRISE RENTA CAR           UNSECURED        NOT FILED          .00             .00
ENTERPRISE RENT A CAR          NOTICE ONLY      NOT FILED          .00             .00
FIRST NATIONAL BANK OF M       UNSECURED        NOT FILED          .00             .00
IEK REALTY                     UNSECURED        NOT FILED          .00             .00
IQ TELECOM                     UNSECURED        NOT FILED          .00             .00
JOSE MONTES                    UNSECURED        NOT FILED          .00             .00
MORGEN & ERL                   NOTICE ONLY      NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00320 DEYAN K WILSON
```

```
LASALLE BANK              UNSECURED      NOT FILED              .00            .00
MCI                       UNSECURED      NOT FILED              .00            .00
MCI COMMUNICATIONS        NOTICE ONLY    NOT FILED              .00            .00
B-REAL LLC                UNSECURED        905.32               .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        358.97               .00            .00
NORTHWESTERN MEDICAL FAC  UNSECURED       1791.56               .00            .00
NORTHWESTERN MEDICAL FAC  UNSECURED      NOT FILED              .00            .00
NORTHWESTERN MEDICAL FAC  NOTICE ONLY    NOT FILED              .00            .00
CHICAGO CITY CLERK        UNSECURED      NOT FILED              .00            .00
PDL FINANCIAL SERVICES    UNSECURED        703.40               .00            .00
SBC BANKRUPTCY DEPT       UNSECURED      NOT FILED              .00            .00
SBC ILLINOIS              NOTICE ONLY    NOT FILED              .00            .00
SPRINT PCS                NOTICE ONLY    NOT FILED              .00            .00
STEFANS STEFANS & STEFAN  UNSECURED      NOT FILED              .00            .00
STELLA STOKES             UNSECURED      NOT FILED              .00            .00
TARGET                    UNSECURED      NOT FILED              .00            .00
TRINITY HOSPITAL          UNSECURED      NOT FILED              .00            .00
VERIZON WIRELESS          UNSECURED      NOT FILED              .00            .00
WASHINGTON MUTUAL BANK    UNSECURED      NOT FILED              .00            .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED              .00            .00
WOMENS WORKOUT WORLD      UNSECURED      NOT FILED              .00            .00
WOMEN WORKOUT WORLD       NOTICE ONLY    NOT FILED              .00            .00
WOW INTERNET AND CABLE    UNSECURED      NOT FILED              .00            .00
CARNOW ACCEPTANCE COMPAN  SECURED VEHIC   2962.00            192.03         228.22
INTERNAL REVENUE SERVICE  UNSECURED        612.84               .00            .00
CARNOW ACCEPTANCE COMPAN  UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00            .00
NCO FINANCIAL             FILED LATE       362.00               .00            .00
TIMOTHY K LIOU            DEBTOR ATTY     3,009.20                         2,362.70
TOM VAUGHN                TRUSTEE                                            235.45
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,018.40

PRIORITY                                             .00
SECURED                                           228.22
    INTEREST                                      192.03
UNSECURED                                            .00

                  PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00320 DEYAN K WILSON
```

```
ADMINISTRATIVE                                            2,362.70
TRUSTEE COMPENSATION                                        235.45
DEBTOR REFUND                                                  .00
                                  ---------------   ---------------
TOTALS                                   3,018.40          3,018.40
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/18/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE